IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GALVIN DUDLEY<br>158 Fantasy Drive<br>Henryville, PA 18332<br><br>    Plaintiff,<br><br>v.<br><br>POCONO MOUNTAIN RECOVERY<br>CENTER, LLC<br>3437 PA 115<br>Henryville, PA 18332<br>    And<br>POCONO MOUNTAIN RECOVERY<br>FOUNDATION<br>3437 PA-115<br>Henryville, PA 18332<br>And<br>POCONO MOUNTAIN RECOVERY<br>CENTER LAND, LLC<br>3437 PA-115<br>Henryville, PA 18332<br><br>    Defendants. | CIVIL ACTION<br>NO.: 3:21-CV-00219-MEM<br><br>**JURY TRIAL DEMANDED** |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a), the Parties submit this Joint Stipulation of Dismissal with Prejudice and request that the Court dismiss this action.  Each party agrees to bear its own costs and expenses.

APPROVED: 12/9/21                                                      *s/ Malachy E. Mannion*
                                                                                              U.S.D.J.

4827-9829-6575.1